# EXHIBIT D



# SAULSBURY INDUSTRIES

Corporate Office: 2951 E Interstate 20  Odessa, TX 79766  Phone: 432-366-3686  Fax: 432-368-0061

Via Email: jalloy@robbinsfirm.com

May 25, 2018

Mr. Jason S. Alloy
Robbins, Ross, Alloy, Belinfante, Littlefield, Inc.
999 Peachtree St. NE
Suite 1120
Atlanta, Ga 30309

Re: *Michael McGough*

Dear Mr. Alloy,

This is in response to your letter to Rick Graves dated May 14, 2018.

Saulsbury terminated Mr. McGough for cause, as defined in the offer of employment dated August 21, 2017. Mr. McGough was terminated because he engaged in gross negligence, willful misconduct, and malfeasance and gross incompetence that resulted in material damage to the company.

Saulsbury is not obligated to pay Mr. McGough any severance.

You may contact me if you wish to discuss a resolution of this matter.

Sincerely,

*Frank A. Hunold, Jr.*

Frank A. Hunold, Jr.
General Counsel

cc    Rick Graves
       Marty Kunz